UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL                    JS-6

Case No.   2:23cv05788-DDP (KS)                              Date:  January 16, 2024

Title      *MACARIO TORRES v. WARDEN*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) – DISMISSAL

On November 15, 2023, the Court denied petitioner's Request For Leave to Proceed In Forma Pauperis[7].  Petitioner was ordered to pay the filing fee within 30 days of this Court's order[7].

To date, petitioner has not paid the appropriate filing fee.  Accordingly, this action is DISMISSED, without prejudice.

                                                                              00:00
                                              **Initials of Preparer**     CMJ